[This opinion has been published in *Ohio Official Reports* at 83 Ohio St.3d 387.]

THE STATE EX REL. SALYER, APPELLANT, *v.* OHIO BUREAU OF WORKERS' COMPENSATION, APPELLEE.

[Cite as *State ex rel. Salyer v. Ohio Bur. of Workers' Comp.*, 1998-Ohio-78.]

*Workers' compensation—Court of appeals' judgment reversed and writ granted.*

(No. 96-1999—Submitted July 8, 1998—Decided October 14, 1998.)

APPEAL from the Court of Appeals for Franklin County, No. 95APD10-1341.

————————————

*Stewart Jaffy & Associates Co., L.P.A., Stewart R. Jaffy* and *Marc J. Jaffy*, for appellant.

*Betty D. Montgomery*, Attorney General, and *Dennis L. Hufstader,* Assistant Attorney General, for appellee.

————————————

{¶ 1} The judgment of the court of appeals is reversed, and the writ is granted.

DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

————————————

**LUNDBERG STRATTON, J., dissenting.**

{¶ 2} I would affirm the judgment of the court of appeals.

MOYER, C.J., and COOK, J., concur in the foregoing dissenting opinion.

————————————